IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02144-GPG

WILLIAM D. McILLHARGEY III,

      Applicant,

v.

MICHAEL MILLER, Warden,

      Respondent.

---

## ORDER OF DISMISSAL

---

Applicant William D. McIllhargey III is a prisoner in the custody of the Colorado

Department of Corrections and is currently incarcerated at the Crowley County

Correctional Facility in Olney Springs, Colorado.   On September 28, 2015, Applicant

initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 in a Habeas Corpus Action.   The Court granted Applicant leave to

proceed under § 1915 on September 29, 2015.

Magistrate Judge Gordon P. Gallagher reviewed the Application and determined

that Applicant had stated the identical allegations in another case he initiated previously

in this Court.   *See McIllhargey v. Raemisch, et al.*, No. 15-cv-01706-LTB (D. Colo. Oct. 6,

2015).   In Case No. 15-cv-01706-LTB, Applicant claimed that Respondent is violating his

Eighth And Fourteenth Amendment rights because his release on parole is conditioned

on his participation in the Sex Offender Treatment and Monitoring Program (SOTMP), and he has been denied a transfer to a prison facility where the SOTMP is offered.   No. 15-cv-01706-LTB, ECF No. 5 at 1-2.   As relief, Applicant asked that the Court order his release to allow him to receive treatment while he is under the supervision of a community parole officer.   *Id.*   Case No. 15-cv-01706-LTB was dismissed because Applicant's claims if granted would not necessarily result in a speedier release.   *Id.* at 4.   Applicant was instructed that if he desired to challenge the administration of the SOTMP he must do so in a separate prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.

Magistrate Judge Gallagher ordered Applicant to show cause why this action should not be dismissed as repetitious.   Repetitious litigation of virtually identical causes of action may be dismissed as frivolous or malicious.   *See Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (per curiam); *Van Meter v. Morgan*, 518 F.2d 366, 368 (8th Cir. 1975) (per curiam).   Applicant responded on October 9, 2015.   He stated that he thought Case No. 15-cv-01706-LTB had been dismissed because he was unable to submit the $5 filing fee within the time allowed, and, therefore filed this action.   *See* ECF No. 7.

The Court has reviewed both cases and finds that the claims are identical. Nonetheless, based on Applicant's Response, the Court finds no basis for dismissing this case as either frivolous or malicious.   This action, therefore, will be dismissed for the same reasons stated in Case No. 15-cv-01746-LTB.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, in forma pauperis status is denied for

the purpose of appeal.   *See Coppedge v. United States*, 369 U.S. 438 (1962).   If

Applicant files a notice of appeal he must also pay the full $505 appellate filing fee or file a

motion to proceed in forma pauperis in the Tenth Circuit within thirty days in accordance

with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Application is denied and the action dismissed without

prejudice.   It is

FURTHER ORDERED that no certificate of appealability will issue because

Applicant has not made a substantial showing of the denial of a constitutional right in a

federal habeas action.   It is

FURTHER ORDERED that leave to proceed in forma pauperis on appeal is

denied.

DATED November 9, 2015, at Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court